IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-02671-PAB-CBS

RONALD R. NATION,
VICKY L. NATION,
RONALD A. NATION, and
FRANK D. JACOBSEN,

      Plaintiffs,

v.

FIRST TENNESSEE BANK NATIONAL ASSOCIATION,

      Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

      IT IS HEREBY ORDERED that Plaintiffs' Unopposed Motion for Leave to File Amended Complaint (*doc. # 26)* is GRANTED. Plaintiffs' Amended Complaint and Jury Demand *(doc no. 26-2)*, tendered to the court on June 1, 2009, is accepted for filing as of the date of this order.

**DATED:**      June 4, 2009