IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-02671-PAB-CBS

RONALD R. NATION,
VICKY L. NATION,
RONALD A. NATION, and
FRANK D. JACOBSEN,

      Plaintiffs,

v.

FIRST TENNESSEE BANK NATIONAL ASSOCIATION,

      Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that parties' Stipulated Motion to Stay Discovery (*doc. # 32)* is GRANTED. Parties expert deadlines as well as the discovery deadline are STAYED.

      IT IS FURTHER ORDERED that the final pretrial conference set for January 5, 2010 is VACATED.

      IT IS FURTHER ORDERED that a telephonic status conference will be held on **September 21, 2009 at 9:00 a.m. (Mountain Time)**. Counsel shall coordinate to create a conference call among themselves before contacting the Court (303.844.2117) at the scheduled time.

**DATED:**      July 21, 2009